Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)            FILED

# UNITED STATES DISTRICT COURT

for the 2018 APR -6 AM 10: 52

Middle District of Florida

Orlando Division

Timothy Hinds, Tiara Jones
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Child protective service, CPI Skyler Saunders
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:18CV-532-ORL-40-TBS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Timothy Hinds, Tiara Jones
   Address: P.O Box 681471
   City: Orlando   State: FL   Zip Code: 32868
   County: Orange County
   Telephone Number: 407-300-7222, 407-300-2463
   E-Mail Address: Timmyhinds@aol.com, mrstiara.hinds@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Child Protective Service
   Job or Title (if known): CPS
   Address: 882 S. Kirkman Rd #200
   City: Orlando   State: FL   Zip Code: 52811
   County: Orange
   Telephone Number: 407-445-5410
   E-Mail Address (if known):

   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Skyler Saunders
   Job or Title (if known): Child Protective investigator
   Address: 882 S. Kirkman Rd #200
   City: Orlando   State: FL   Zip Code: 32811
   County: Orange
   Telephone Number: 407.445.5410
   E-Mail Address (if known):

   [X] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

                                   City          State          Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

                                   City          State          Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   *4th & 14th Amendment*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

<u>Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)</u>

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

CPI Skyler Saunders under the color of law visited our children's school interviewed them by himself without consent of both parents or court orders/warrants

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Eldest children school Rolling Hills elementary CPI Skyler Saunders took our kids out of their classes put them in a room and questioned them without consent on 01/08/18 and on 01/19/18 Skylar Saunders returned back to their school with another CPI case worker Abducted our four kids then went to great grandmothers house with police and took the other 3 without a warrant.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On 01/08/18 - Between the hours of 8am & 3:30pm
On 01/19/18 - Between the hours of 2:30pm & 8:30pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Child protective service and case workers have destroyed our lives and the lives of our children and caused great grief, pain and suffering. They have Traumatized us as parents and they have traumatized our seven kids.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Trauma shock upheaval, distress, stress, anguish misery, sorrow despair. Heartache, desolation torture, angst dolor trouble nightmare Hell upset tribulation anxiety worry Heebie-Jeebies great ordeal difficultys. missing our newborn is just horrible unaccounted for pain along with other siblings. Time we will never get back. also one of our eldest daughter Tamya Jones recieved a laceration to the head. which is a sign of abuse and neglect while in there care.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We want six hundred and forty thousand dollars for each month that we live in this hell of a misery caused by child protective services.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/05/2018

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Timothy Hinds, Tiara Jones
P.O. Box 681471
Orlando, Fl 32868

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
        City         State     Zip Code
Telephone Number: _____
E-mail Address: _____