**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIMOTHY HINDS and TIARA JONES,

    Plaintiffs,

v.                                            Case No: 6:18-cv-532-Orl-40TBS

SKYLER SAUNDERS and THE
DEPARTMENT OF CHILDREN AND
FAMILIES,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Permission to Appeal *In Forma Pauperis* (Doc. 56) filed on August 17, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 22, 2018 (Doc. 58), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Permission to Appeal *In Forma Pauperis* (Doc. 56) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on September 11, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties